**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

GREGORY H. SCHLICHER,

        Plaintiff,

vs.                             CASE NO.: 4:08-cv-81-SPM-WCS

KEITH MURPHY, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 65), which recommends that Defendants' Motion to Dismiss (doc. 51) be granted. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed an objection (doc. 66). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

In the Motion, Defendants ask that Plaintiff's case be dismissed for failure to exhaust his administrative remedies, as required under 42 U.S.C. § 1997(e)(a). The Florida Department of Corrections has a three step grievance process, consisting of an informal grievance, a formal grievance, and a grievance appeal. At no time did Plaintiff complete this process as it relates to the claims raised in this lawsuit. In

his objection to the Report and Recommendation, Plaintiff offers various reasons why he failed to exhaust his administrative remedies, including threats of retaliation against him and the lack of available grievance request forms. While the Court is concerned that the grievance process be made readily available to inmates, as pointed out by the Magistrate Judge, the Plaintiff should still have pursued his grievance once forms were available, even belatedly, as the requirement of timely filing would be waived upon a showing of good cause. In sum, none of Plaintiff's excuses for failing to exhaust his administrative remedies can overcome his statutory obligation to do so in order to pursue his case in court. Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 65) is *adopted* and incorporated by reference in this order.

2. The Motion to Dismiss (doc. 51) is *granted*, and Plaintiff's Amended Complaint is *dismissed* for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e).

DONE AND ORDERED this <u>thirteenth</u> day of November, 2009.

_s/ Stephan P. Mickle_
Stephan P. Mickle
Chief United States District Judge